# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TERRECE COX,<br><br>                Defendant. | 8:17CR302<br><br>JUDGMENT |

For the reasons set out in the Memorandum and Order of this date,

IT IS ORDERED:

1. The Court has completed its initial review of the Defendant's correspondence construed as a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion"), ECF 90;

2. The Motion, ECF No. 90, is summarily denied;

3. No certificate of appealability will be issued; and

4. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

Dated this 7th day of January 2020.

                                                  BY THE COURT:

                                                  s/Laurie Smith Camp<br>
                                                  Senior United States District Judge